TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00584-CV

City of San Angelo, Appellant

v.

The Honorable John Cornyn, Attorney General of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 99-11140, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellant City of San Angelo and appellee The Honorable John Cornyn, Attorney
General of Texas, have filed an agreement seeking to dismiss the appeal. We dismiss the appeal. 
Tex. R. App. P. 42.1(a)(2). 

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Joint Agreement

Filed: December 7, 2000

Do Not Publish